MUNSON v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. October 21, 1922.) No. 6209. In Error to the District Court of the United States for the District of Nebraska. H. A. Reese and James L. Brown, both of Lincoln, Neb., for plaintiff in error. James C. Kinsler, U. S. Atty., of Omaha, Neb.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, under rule 16 (188 Fed. xi, 109 C. C. A. xi), on motion of defendant in error.

---

OLIVER v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 5, 1922.) No. 6048. In Error to the District Court of the United States for the Eastern District of Missouri. Roy A. Fish, of St. Louis, Mo., for plaintiff in error. J. E. Carroll, U. S. Atty., of St. Louis, Mo.

PER CURIAM. Judgment affirmed, without costs to either party in this court, per stipulation of parties.

---

PFISTER v. HANSEN. (Circuit Court of Appeals, Eighth Circuit. October 11, 1922.) No. 5966. In Error to the District Court of the United States for the District of South Dakota. Eben W. Martin, of Hot Springs, S. D., and Norman T. Mason, of Los Angeles, Cal., for plaintiff in error. James Ryan, W. G. Rice, and R. N. Ogden, all of Deadwood, S. D., for defendant in error.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, mandate to issue forthwith, per stipulation of parties.

---

QUIRIGHETTI v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. November 16, 1922.) No. 56. In Error to the District Court of the United States for the Southern District of New York. Ernest Quirighetti was convicted of unlawfully selling intoxicating liquor, and he brings error. Affirmed. E. Paul Yaselli and Vincent E. Ferretti, both of New York City, for plaintiff in error. William Hayward, U. S. Atty., of New York City (William Berg, Asst. U. S. Atty., of New York City, of counsel), for the United States. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed in open court.

---

RADIO AUDION CO. et al. v. AMERICAN TELEPHONE & TELEGRAPH CO. (Circuit Court of Appeals, Third Circuit. December 15, 1922.) No. 2898. Appeal from the District Court of the United States for the District of Delaware; Hugh M. Morris, Judge. Suit in equity by the American Telephone & Telegraph Company against the Radio Audion Company and another. From a decree denying a motion to dismiss the bill and granting a preliminary injunction (281 Fed. 200), defendants appeal. Affirmed. Ward, Gray & Neary, of Wilmington, Del., and Darby & Darby, of New York City (Samuel E. Darby, Jr., and Samuel E. Darby, both of New York City, of counsel), for appellant. Charles Neave and William R. Ballard, both of New York City, and William G. Mahaffy, of Wilmington, Del., for appellee. Before BUFFINGTON and WOOLLEY, Circuit Judges, and BODINE, District Judge.

PER CURIAM. The underlying question involved in this case is the construction and effect given to a contract assigning a patent. We agree with the conclusion reached by the court below, and as an opinion by this court would be but an attempt to put in other words what has been already said, we limit ourselves to adopting the opinion of the court below, reported at 281 Fed. 200, both as to the construction of the agreement and as to its consequent conclusion that the defendant the De Forest Radio Telephone & Telegraph Company was guilty of contributory infringement. We therefore affirm its decree.